# SEALED

Office of the United States Attorney
District of Nevada
333 Las Vegas Blvd., South, Ste. 5000
Las Vegas, Nevada 89101
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney

DENIS J. MCINERNEY
Chief, Fraud Section, Criminal Division
U.S. Department of Justice

BRIAN R. YOUNG
Trial Attorney, Fraud Section, Criminal Division
1400 New York Avenue, NW
Washington, DC, 20005
202-616-3114

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-cr-009 |
| Plaintiff, | |
| vs. | **MOTION TO UNSEAL INDICTMENT** |
| DASTAGIR KHOSRAW, | |
| Defendant. | |

On January 12, 2011, a federal grand jury sitting in the District of Nevada returned an indictment against defendant Dastagir Khosraw. Pursuant to the United States's application, the Court sealed the indictment. Mr. Khosraw has been arrested and the United States hereby moves the Court to unseal the indictment.

Respectfully Submitted,

DANIEL G. BOGDON
United States Attorney

Brian R. Young
Trial Attorney
U.S. Department of Justice

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**ORDER**

IT IS SO ORDERED this __ 20th day of January, 2011.

*/s/ Philip M. Pro*

PHILIP M. PRO, U.S. DISTRICT JUDGE