DANIEL G. BOGDEN
United States Attorney

DENIS J. MCINERNEY
Chief, Fraud Section, Criminal Division
U.S. Department of Justice

BRIAN R. YOUNG
Trial Attorney, Fraud Section, Criminal Division
1400 New York Avenue, NW
Washington, DC, 20005
202-616-3114

2011 FEB 18  P 1:42

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-cr-009-PMP -PAL |
| Plaintiff, | |
| vs. | MOTION TO UNSEAL |
| DASTAGIR KHOSRAW, | |
| Defendant. | |

On January 12, 2011, a federal grand jury sitting in the District of Nevada returned an indictment against defendant Dastagir Khosraw. The federal grand jury returned a superseding indictment on February 16, 2011. Mr. Khosraw has been arrested and the United States hereby moves the Court to unseal this matter.

Respectfully Submitted,

DANIEL G. BOGDON
United States Attorney

*/s/ Brian Young*
Trial Attorney
U.S. Department of Justice

## ORDER

IT IS SO ORDERED this ___ 22nd day of February, 2011.

*Philip M. Pro*
_____
PHILIP M. PRO, U.S. DISTRICT JUDGE