UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-CR-00009-PMP-PAL |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| DASTAGIR KHOSRAW, ) | |
| Defendant. ) | |

**IT IS ORDERED** that Plaintiff United States' Motion to Reconsider (Doc. #46) is **DENIED**.

DATED: April 9, 2012.

PHILIP M. PRO
United States District Judge