FILED

OCT 08 2012

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DASTAGIR KHOSRAW, ) <br> ) <br> Defendant. ) | 2:11-CR-009-PMP (PAL) |

### ORDER OF FORFEITURE

This Court found on December 6, 2011, that DASTAGIR KHOSRAW shall pay a criminal forfeiture money judgment of $317,231.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). (Order of Forfeiture, ECF No. 41).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from DASTAGIR KHOSRAW a criminal forfeiture money judgment in the amount of $317,231.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this _9th_ day of _Oct_ 2012.

_____
UNITED STATES DISTRICT JUDGE