**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) 2:11-CR-009-PMP-(PAL) |
| DASTAGIR KHOSRAW, | ) ) |
| Defendant. | ) ) |

**SUBSTITUTION AND FORFEITURE ORDER**

This Court, having read and considered the United States of America's Motion to Substitute and to Forfeit Property of Dastagir Khosraw, and good cause appearing, finds the assets described below are owned by Dastagir Khosraw and that the property subject to criminal forfeiture (1) cannot be located upon the exercise of due diligence; (2) has been transferred to a third party; and (3) has been placed beyond the jurisdiction of the court.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the following assets are substituted and are forfeited to the United States of America pursuant to 21 U.S.C. § 853(p):

1. $85,200 in United States Currency;
2. $4,100 in United States Currency;
3. $4,900 in United States Currency;
4. $23,000 in American Express Traveler's Checks (230 travelers checks x $100); and
5. $540 in United States Currency

(all of which constitutes "property").

. . .

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United States of America
2 is now entitled to, and should, reduce the aforementioned property to the possession of the United States
3 of America;
4    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United States of America
5 should take into custody the aforementioned property;
6    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all right, title, and interest of
7 Dastagir Khosraw in the aforementioned property is forfeited and is vested in the United States of
8 America and shall be safely held by the United States of America until further order of the Court;
9    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
10 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
11 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the
12 time under the applicable statute when a petition contesting the forfeiture must be filed, and state the
13 name and contact information for the government attorney to be served with the petition, pursuant to
14 Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).
15    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who
16 claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the
17 validity of the petitioner's alleged interest in the property, which petition shall be signed by the
18 petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title
19 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's right,
20 title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and
21 the relief sought.
22    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
23 with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than
24 thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after
25 the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.
26 . . .

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Daniel Hollingsworth
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 14th day of October, 2014.

_____
UNITED STATES DISTRICT COURT